UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| TOM L. WILSON,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>    Defendant | Civil No.  3:11-CV-05011-JRC<br><br>ORDER AMENDING THE<br>SCHEDULING ORDER |
|---|---|

Based upon the motion by Defendant (ECF No. 12), and with no objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before June 17, 2011;
- Plaintiff shall file the optional Reply Brief on or before July 1, 2011; and
- Oral argument, if desired, shall be requested by July 8, 2011.

DATED this 13th day of May, 2011.

J. Richard Creatura
United States Magistrate Judge