UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
TACOMA DIVISION

| TOM L. WILSON, | Civil No. 3:11-CV-05011-JRC |
|---|---|
| Plaintiff, | ORDER AMENDING THE SCHEDULING ORDER |
| vs. | |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | |
| Defendant | |

Based on the motion by Defendant (ECF No. 15) and without objection from Plaintiff, it is hereby ORDERED that the Scheduling Order shall be amended as follows:

- Defendant shall file a response to Plaintiff's Opening Brief on or before July 18, 2011;

- Plaintiff shall file the optional Reply Brief on or before August 1, 2011; and

- Oral argument, if desired, shall be requested by August 8, 2011.

DATED this 17th day of June 2011.

J. Richard Creatura
United States Magistrate Judge

Page 1     ORDER - [3:11-CV-05011-JRC]