# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT TACOMA

| | |
|---|---|
| TOM L. WILSON<br><br>                    Plaintiff,<br><br>        v.<br><br>MICHAEL J. ASTRUE, Commissioner of the Social Security Administration,<br><br>                    Defendant. | CASE NO. 11-cv-05011 JRC<br><br>ORDER FOR REMAND |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13. (<u>See also</u> Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7.) This matter is before the Court on the parties' stipulated motion to remand the matter to the administration for further consideration. (ECF No. 18.)

After reviewing the parties' stipulation and the remaining record, the Court GRANTS the parties' stipulated motion, and REVERSES and REMANDS this matter to the Commissioner, pursuant to sentence four of 42 U.S.C. § 405(g).

On remand, the Administrative Law Judge (ALJ) shall re-evaluate the medical evidence as a whole and consider the severity of all impairments. The ALJ shall address all medical

ORDER - 1

opinions (including that of Dr. Robert Arnsdorf, M.D.), and in doing so, the ALJ shall provide specific reasons for accepting or rejecting such opinions, and state the weight given to the opinions. The ALJ shall evaluate further plaintiff's residual functional capacity. The ALJ also shall offer plaintiff an opportunity for a supplemental hearing, and when the record is complete, issue a new decision. The parties agree that reasonable attorney fees should be awarded, following proper application, pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412.

This Court recommends that the ALJ take any other actions necessary to develop the record. In addition, plaintiff should be allowed to submit additional evidence and arguments to the ALJ on remand.

Given the facts and the parties' stipulation, and based on a review of the relevant record, the Court hereby orders that the case be **REVERSED** and **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g).

DATED this 29th day of June, 2011.

J. Richard Creatura
United States Magistrate Judge

ORDER - 2