UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | | |
|---|---|---|
| TOM L. WILSON, | ) | Civil No. 3:11-cv-5011-JRC |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER FOR EAJA FEES |
| | ) | AND COSTS |
| MICHAEL J. ASTRUE, | ) | |
| Commissioner of the Social Security | ) | |
| Administration, | ) | |
| | ) | |
| Defendant. | ) | |

This Court has jurisdiction pursuant to 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 and Local Magistrate Judge Rule MJR 13 (see also Notice of Initial Assignment to a U.S. Magistrate Judge and Consent Form, ECF No. 2; Consent to Proceed Before a United States Magistrate Judge, ECF No. 7). This matter is before the Court on plaintiff's Stipulated Motion for Equal Access to Justice Act Fees and Expenses (see ECF No. 21).

It is hereby ORDERED that attorney's fees in the amount of $3,410.69 and expenses in the amount of $56.48, for a total of $3,467.17, shall be awarded to plaintiff pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. § 2412, and that costs in the amount of $360.00 shall be awarded to

ORDER FOR EAJA FEES & COSTS [3:11-CV-5011-JRC] - 1

plaintiff pursuant to 28 U.S.C. § 1920.  See Astrue v. Ratliff, 130 S. Ct. 2521, 2524, 2010 U.S. LEXIS 4763 at ***6-***7 (2010).  If it is determined that plaintiff's EAJA fees are not subject to any offset allowed pursuant to the Department of the Treasury's Offset Program, then the check for EAJA fees shall be made payable to Teal M. Parham, based on plaintiff's assignment of these amounts to plaintiff's attorney.  Any check for EAJA fees shall be mailed to plaintiff's counsel, Teal M. Parham at 910 12th Avenue - PO Box 757, Longview, WA 98632.

DATED this 29th day of September, 2011.

J. Richard Creatura
United States Magistrate Judge